# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HOMEOWNERS CHOICE PROPERTY AND CASUALTY INSURANCE COMPANY, INC.,**
Appellant,

v.

**DARYLE DEITZ** and **EILEEN DIETZ,**
Appellees.

No. 4D2024-1960

[April 2, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Bell, Judge; L.T. Case No. 50-2020-CA-014674-XXXX-MB.

Andrew A. Labbe and Joseph A. Matera of Salmon & Salmon, P.A., Tampa, for appellant.

Grace Mackey Streicher of Harris Appeals, P.A., Palm Beach Gardens; Christopher W. Kellam of Keller Swan, Jupiter; and Michael C. Knecht of Knecht Law Group, Jupiter, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***